Lonzell Green #H-09191

CSP-SAC
C-5-220
P.O.Box 290066
Represa,Ca.95671-290066

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONZELL GREEN,
    Plaintiff,

vs.

THOMAS J.ORLOFF,et al,
    Defendants.

NO.C-07-3929 TEH(PR)
Honorable Thelton E.Henderson
IMMEDIATE RELIEF REQUESTED

EMERGENCY REQUEST FOR
PRELIMINARY INJUNCTION
RELIEF/RELEASE

TO THE HONORABLE THELTON E.HENDERSON,U.S.MAGISTRATE,TO ALL PARTIES ,AND TO THEIR ATTORNEY'S OF RECORD:
Plaintiff Lonzell Green hereby move the Court pursuant to Rule 65 (b) OF the Federal Rules of Civil Procedure,Local Rule 65-231 And 6-144,78-230,and all other applicable laws,for an Emergency Injunction relief order Prohibiting Defendants,and each of them, Their successors in office,agents and employees and all other persons acting in concert with them from imposing harrassment and criminal malfeasance upon Plaintiff for the free exercise Right⌊ to petition the Court for a redress of grievances as guuaranteed By the first amendment to the U.S.Constitution.
Plaintiff moves this couret for"Immediate,emergency relief in The interest of justice,it is well documented in this court documents As well as in several of this court order's that the Oakland Rider's and it's terrorist organization do exist in Alameda County And it's existance in Oakland,Ca.,and it is a known fact the U.nited States do-not negotiate with terrorist,plaintiff is their For requesting emergency "immediate",relief ,in the interest Of justice,plaintiff have in the past have requested through the public defender's office for ity's assistance in obtaining Help to recieve the relief plaintiff is entitle to,plaintiff Have corresponded with the "Public Defender's office of Alameda County,Public Defender,Diane A.Bellas".
On March 28,2007 plaintiff receive a response from Ms.Bellas As to why she cannot assistance plaintiff in obtaining the Necessary relief that plaintiff is entitle to under the laws of the United States,see exhibit "A".
Also see exhibit "B",the "ABSTRACT OF JUDGEMENT CONTRACT", Sign by Oakland Rider affiliate Philip V.Sarkisian,Superior Court Judge.
These contract or the cause of intrapping plaintiff unlawful incarceration,in a prison system that's ran by "THE NEW UNTOUCHABLE GREEN WAAL ИЯ GANG(7/23)INFAMOUS DOMESTIC TERRORIST ORGANIZATION", Where plaintiff is being subject to live in the same housing unit cell with inmates that have contagious deadly dangerous Diseasees.

(1)

See Gibbs v. Cross, 160 F.3d 962, 965-66 (3d Cir.1998), and Andrews v. Cervantes, 493 F.3d 1047, C.A.9 (Cal.), 2007.

Plaintiff hereby declare if this court do-not provide an Immediate Judgement plaintiff will continue to be subjected to more criminal, Civil Right's violation from the above subject's of this complaint.

I hereby declare under the Penalty of Perjury the foregoing is True and correct except for information provided as to that information I also Believe it to be true and correct, this declaration was executed here ar CSP-SAC "New Folsom", in Represa, California.

Date; 2-18- 2008

/S/ *[signature]*

LONZELL GREEN
Plaintiff In Pro se:

# Alameda County Public Defender

**Lakeside Plaza Office**
1401 Lakeside Dr., Fourth Floor
Oakland, CA 94612-4305
(510) 272-6622



**Diane A. Bellas**
*Public Defender*
**Harold G. Friedman**
*Chief Assistant*

March 28, 2007

Lonzell Green H-09101
CSP Sacramento
B-8-113
P.O. Box 290066
Represa, CA 95671

Dear Mr. Green:

    Your letter of March 5, 2007, addressed to Deputy Public Defender Maxine Fasulis, has come to my attention. In your letter, you requested any and all information regarding the "Oakland Rider" investigation as well as specific information about individuals named in your letter.

    In 2003, a settlement agreement was reached between the City of Oakland, the Oakland Police Department and plaintiffs in the litigation arising from misconduct of the "Oakland Riders." United States District Court Judge Thelton Henderson appointed an Independent Monitoring Team to address the status of OPD's compliance with the settlement agreement. The Monitoring Team is still in place.

    There has been extensive press coverage of the "Oakland Riders" litigation, both civil and criminal. However, the Public Defender is not privy to the matters that you have referenced in your letter. I am sorry that I am unable to provide you with the information that you seek.

Very truly yours,

DIANE A. BELLAS
Public Defender

c: Maxine Fasulis, Deputy Public Defender

SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA

## ABSTRACT OF JUDGMENT
(Commitment to State Prison)

The People of the State of California, Present:

vs.

LONZELL B. GREEN
       Defendant

Present:
Hon. PHILIP V. SARKISIAN
       Judge of the Superior Court
William Tingle
       District Attorney
Joyce Sasse, Esq.
       Counsel for Defendant

'92 JAN 30 PM 1 [RECEIVED CASE RECORDS OFFICE]

This certifies that on July 18, 1991 judgment of conviction of the above-named defendant was entered as follows:
(1) Case No. 107028    Count No. 1
On his plea of Not Guilty
he was convicted by Verdict of jury of a felony, to wit: MURDER of the FIRST DEGREE, a violation of Section 187 of the Penal Code of California, as charged in Count 1 of the Information. The jury further found that the defendant personally used a firearm, to wit: a shotgun.

with prior felony convictions charged and proved or admitted as follows:

| Date | County and State | Crime | Disposition |
|---|---|---|---|
| 11-28-90 | Alameda/California | Possession of Marijuana for Sale | Not Enhancing |

Defendant has been held in custody for 191 actual plus 96 good/worktime days for a total of 287 days. days as a result of the same criminal act or acts for which he has been convicted.

~~Defendant xxxxxxxxxxx armed with a deadly weapon at the time of his commission of the offense or was concealed deadly weapon at the time of his arrest within the meaning of Penal Code Section 3024~~
(was was not)

~~(2) Defendant xxxxxxxxxxx adjudged an habitual criminal within the meaning of Subdivision (a) or (b) of Section 644 of the Penal Code, and the Defendant xxxxxxxxxxx an habitual criminal in accordance with provisions of Subdivision xxxxxxxxx of that section~~
(was was not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in state prison of the State of California for the term Twenty-Five (25) Years to Life plus Four (4) years on the Use Clause; *for a total term of Twenty-Nine (29) Years to Life as to Count 1, and that he be remanded to the Sheriff of the County of Alameda, and by him delivered to the Director of Corrections of the State of California at California Medical Facility, Vacaville, California

It is ordered that sentences shall be served in respect to one another as follows:
The term imposed as to Count 1 shall run consecutively pursuant to the provisions of Section 12022.5(a) of the Penal Code to the term imposed as to the Use Clause; the term imposed as to Count 2 shall run concurrently to the term imposed on the Use Clause.
and in respect to any prior incompleted sentence(s) as follows:

"THE COURT MAKES NO ORDER"

(4) To the Sheriff of the County of Alameda and to the Director of Corrections at the California Medical Facility, Vacaville, California

Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above named defendant into the custody of the Director of Corrections at the California Medical Facility, Vacaville, California. [at your earliest] convenience.
Witness my hand and seal of said court AMENDED January 17, 1992

RENE' C. DAVIDSON, County Clerk

By _Janet Schumann_ , Deputy
(see reverse side for Certification)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
**SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ALAMEDA**
BRANCH **OAKLAND**
COURT I.D.: 0 1

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **LONZELL B. GREEN**
AKA: **ATQ990  1110289**
[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER: **107028**

**ENDORSED FILED**
SEP – 9 1991
RENE C. DAVIDSON, County Clerk
By Janet Schoenemann, Deputy

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
AMENDED ABSTRACT [ ]

DATE OF HEARING (MO) (DAY) (YR): **Sept. 5, 1991**
DEPT. NO: **12**
JUDGE: **PHILIP V. SARKISIAN**
CLERK: **Janet Schoenemann**
REPORTER: **Linda Harris**
COUNSEL FOR PEOPLE: **William Tingle, DDA**
COUNSEL FOR DEFENDANT: **Joyce Sasse, Esq.**
PROBATION NO. OR PROBATION OFFICER: **Ron Locke, Deputy**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | TERM (L.M.U) | TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 12021 | Felon with a Gun | 91 | 07 | 18 | 91 | X | | | M | (2 | 0) * |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4. OTHER ORDERS: * The term imposed in Count 2 is to be served concurrently to the term imposed as to the Use Clause as to Count 1. Defendant to pay a restitution fine of $200.00 pursuant to Government Code Section 13967.

5. TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT):

6. TOTAL TERM IMPOSED: **2  0**

7. [ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):

8. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
E. [ ] OTHER

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR): **09-05-91**
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS **287** INCLUDING: ACTUAL LOCAL TIME **191** LOCAL CONDUCT CREDITS **96**
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
[ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
[X] CALIF. MEDICAL FACILITY – VACAVILLE
[ ] SAN QUENTIN
[ ] CALIF. INSTITUTION FOR MEN – CHINO
[ ] DEUEL VOC. INST.
[ ] OTHER (SPECIFY):

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: *Janet Schoenemann*
DATE: **September 9, 1991**

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

**ABSTRACT OF JUDGMENT – COMMITMENT**
**SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the Judicial Council of California
Effective April 1, 1990

DISTRIBUTION:   PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

Lowell Green # H-09191
ESP-SAC
C-5-220
P.O. Box 290066
Represa, Ca. 95671-290066

LEGAL-MAIL

Office of the Clerk, U.S. District Court
Northern District of California
450 - Golden Gate Ave.
San Francisco, Ca. 94102