Lonzell Green #H-09191
CSP-SAC
C-6-126
P.O.Box 290066
Represa,Calif.95671-290066
    In Pro-per,



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Lonzell Green,
    Plaintiff,

vs.

THOMAS J.ORLOFF,ET al,
    Defendants.

Case No. C07-3929 TEH(PR)

STATUS REPORT

TO THE HONORABLE THELTON E.HENDERSON,U.S. MAGISTRATE,AND TO THE CLERK OF THE COURT:

Plaintiff Lonzell Green hereby moves the Court for a status Report to plaintiff's complaint that plaintiff filed in this Court in the above entitled case no.,the last information, PLaintiff receive from this Court pertaining to the above case WAS a order from this Court ,an order to show cause "why case Should not be dismissed under 28 U.S.C. 1915(g),and Plaintiff Responded,this order was issued November 29,2007,and Plaintiff Responded.

"It should be noted the Federal Agencies have a Stabilization System currently in place,Called 'Operation NutCracker", According to the federal government it targets all notorious Gangs and consider them to be "A Domestic Terrorist Organization", Which if these gang member's are identified their labeled as A domestic terrorist suspects,which qualify each terrorist Suspect to be held in a U.S.Military prison and will be,

(1)

Identified under the enemy combatant Rule, Plaintiff is their

Clearing up any misundrstanding as to the allegations made in

The original complaint filed in this Court pertaining to the

Defendant's being active gang memeber's of the Oakland Rider's,

Or affiliated there of., Plaintiff is therefore requesting a

Status report to his response tb this Court November 29,2007,

Order to show cause & if possible a Stated report in it's

Entirty?

Plaintiff hereby declare under penalty of perjury the foregoing

Is true and correct, exccept as to matters alleged therein ,on

Information and belief,and ,as to those, I beleive them to be

True.

I certify under the penalty of perjury under the laws of the

State of California and the Unitded States that the foregoing is

True and Correct,and was Executed on this 31st day of March 2008

At Represa,California.

Lonzell Green
Plaintiff In Pro se:

(2)