Lonzell Green #H-09191
CSP-SAC
C-6-126
P.O.Box 290066
Represa,Calif.95671-290066
  In Pro se



FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Lonzell Green,
        Plaintiff,

vs.

THOMAS J.ORLOFF,et al,
        Defendants.

No.C 07-3929 TEH(PR)
Honorable THELTON HENDERSON

Immediate Relief Requested

EX PARTE Notice AND
APPLICATION FOR AN ORDER
FOR APPOINTMENT OF CERTIFIED
PRISON MANAGEMENT/or
OPERATION'S

TO THE HONORABLE THELTON E.HENDERSON,U.S.MAGISTRATE,TO THE
COURT CLERK OF RECORD:

Plaintiff Lonzell Green hereby move the Court pursuant to

Federal Rules of Civil Procedures,and the Court's extra Power's

Of authority,since plaintiff filed the initial complaint the

Defendants of this complaint succesor's have been on-going

Discriminatory,retaliation criminal tactics have been a heavy

Burden on plaintiff welfare while in The California Department

Of Corrections Custody for reporting the Oakland Rider's and

The Green wall Gang,and their domestic terrorist crimes to this

Court and other federal agencies,Plaintiff continue to be under

Constant irreparable harm,for instance on September 26,2007,

Plaintiff was assaulted with pepper spray,plaintiff suffer from

Bleeding Hemorroids and been deprived adequate medical treatment

Plaintiff have been prescribe Docusate Sodium 100MG,AND HYDRO/

PRAMO", which is no-good,after being assaulted with pepper spray

On.9-26-07,plaintiff continue to suffer shortness of breathing

(1)

Dr.Shailaja Menon prescribe plaintiff a Inhaler for such

Suffering from being assaulted with pepper spray,on4-4-08,

Most recently plaintiff is being discriminated by C_facility

Staff's Captain D.Leiber,Sergeant B.Colvin,C-6-gun tower cops

J.JONES,HAMPTO,LUJAN,AND some black women who refuse to givew

Me her name,all or continue to retaliate against plaintiff and

Refuse to accommodate plaintiff and allow plaintiff to use the

Inm,ate datroom telephone in violation of plaintiff 1st Amemment

Right to maintian adequate communication with his family,friends

And attorney? plaintiff have considered to call family,fiends to

Aid plaintiff in the helping him pay the Court's filing fee in

The above case no.,plaintiff thus far have been denied adequate

ACCESS to the inmate phones plaintiff is therefore requesting

Through this Court for the Appointment of certified prison

Management and operator that knows how to assist plaintiff to

Get adequate access to the day room phones,or this Court can

Order that plaintiff be transported to this Court to ude the

Court's phone,or this Court can authorize that plaintiff be

Allowed to purchase,or own a cell phone to conduct on-goi/ng

Court business in the interest of justice,any remedy would be

Appropriaŧe and just.

In this case,the grant of Immediate relief will serve the Public

Interest because it is always in the public interest for prison

Officials to obey the law.Duran v.Anaya,642 F.Supp.510,527(D.N.M.

1986).

CONCLUSION

For all the reasons stated above.and based upon the supporting

Information herein. plaintiff request that the Court grant the

Relief requested which will serve in the interest of justice.

Dated:___4-13-_____2008.

/s/ _____

Lonzell Green

Plaintiff In Pro se:

(2)