Lonzell Green H-09191
CSP-SAC
C-6-126
P.O.Box 290066
Represa,California.95671-290066
    In Pro-Per



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lonzell Green,
    Plaintiff,

vs.

Thomas Orloff ,et al.,
    Defendants.

Case No. C 07-03929 TEH      DP
Honorable Thomas E. HENDERSON

IMMEDIATE RELIEF

TO THE HONORABLE Thelton E. Henderson, U.S.MAGISTRATE, AND TO THE CLERK OF RECORD:

Plaintiff Lonzell Green hereby moves the Court for time extension

Due to the on-going retaliation,discrimination,customs habits,

And practices of defendant Walker subjecting plaintiff to,

Their on-going practices of the unwritten rule,the"code of silence

Plaintiff have been attempting to litigate the on -going issuess

Inthe above case;including case number _____,

Due to these on-going litigation against defendant Walker ,and

His staff plaintiff have been finding it difficult to litigate

His claims due to on-going disruption's from defendant Walker

And his stafff ,back in December 21,2007,plaintiff was discrimin-

ated against  by being placed in administrative/segregation(ad/seg)

Plaintiff appeared before defendant Walker,and his committee

Staff on January 23,2007,plaintiff requested to be placed on

Single cell status,and honor the single cell chrono plaintiff

Recieve from Kern Valley State Prison,due to defendant Walker

And his staff have an on-going criminal pattern of placing
Inmates lives in danger by putting these inmates in cell with

Gang affiliated inmates,defendant Walker denied that request

(1)

Defendant Walker informed plaintiff "HE would not be honor no
Single cell chrono's that came from another prison see exhibit A,
The chrono plaintiff obtain while housed in Kern Valley State
Prison this chrono was given to plaintiff from plaintiff
Psychiatrist, Associate Warden, and it's Institutional Classifica-
tion Commitee plaintiff / ( then informed defendant Wlaker that
He would be reporting defendant Walker, and his violation of
Plaintiff eighth Amendment right to the Federal Court's since
Then defendant Walker altered plaintiff name making plaintiff
Double cell status, most recently plaintiff was force to house
With a "Crip-gang", member, by the name Steven Clark #T-01448,
Plaintiff did write défendant Walker a inmate request, requesting
For défendant Walker to inform plaintiff as to what rule/or law
He's using to justify his crimés in violating plaintiffs Eighth
Amendment right defendant Walker never responded, on April 22,2007
Plaintiff recieve a Priority(PLU)law-library ducket, to go to the
Law libraay on the C-facility, on April 23,2007, plaintiff asked
The C-6-block officer "why is he being discriminnated against
ANd not being allowed to go to his PLU law-library officer Moore
Inform plaintiff due to you being in a cell with a crip, and the
CRips or on lock-down", plaintiff then informed officer Moore
"How can you punish me for defendant Walker Misconduct when
I made it perfectly clear not to violate my Eighth Amendment
Right, and place me on double cell status", plainbtiff was then
Encourage by officer Moore to file a 602 appeal due to defendant
/ Walker is punishing plaintiff for his misconduct for
Discriminating against plaintiff single cell chrono, thar plaintif
Obtain from KVSP, plaintiff is therefore requesting time extension
That defendant Walker be order to honor plaintiff single cell

(2)

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION          Classification Chrono CDCR 128G (Rev. 5/01)

NAME: GREEN, LONZELL..           CDCR #: H09191           BED: FBB1-119L

## COMMITTEE ACTION SUMMARY

REL TO FACILITY A.   PENDING RETURN TO SAC IV EOP.   ESTABLISH MEDA CUSTODY AND A1/A WG/PG EFF 7-7-00. ESTABLISH SINGLE CELL AND W/A YARD.

## COMMITTEE'S COMMENTS

Inmate GREEN, H09191 made a personal appearance before KVSP ICC on 4-24-07 for Initial ASU Review. "S" received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, "S" was introduced to the committee members. "S" stated he was in good health and was ready to proceed.

CDCR 114D REVIEW / PRESENTATION OF EVIDENCE/WITNESSES: The administrative review was completed by (A) Captain Phillips on 4-16-07 and reviewed by (A) AW Soto on 4-16-07. "S" was retained in ASU pending review by ICC. If "S" were to be returned to the GP he could pose a threat to the safety and security of the institution. The CDC-114D was completed and a Staff Assistant was not assigned due to "S" is literate, fluent in English, able to comprehend the issues although "S" is a participant in the MHSDS at the level of EOP. An I.E. was not assigned due to the CDC-114D was completed in sufficient detail to allow the "S" to prepare for his hearing.

COMMITTEE NOTES: "S" was placed in ASU on 4-13-07, as a result of an arriving at KVSP as a special transport from CSP-SAC as an OTC for Kern Co. Upon review of the available information there is reason for the "S" to be placed in ASU. He was not housed in ASU at SAC or at KVSP prior to transferring to SAC.

COMMITTEE ACTION: REL TO FACILITY A.   PENDING RETURN TO SAC IV EOP.   ESTABLISH MEDA CUSTODY AND A1/A WG/PG EFF 7-7-00. ESTABLISH SINGLE CELL AND W/A YARD.   INMATE COPY

CELL / YARD STATUS REVIEW: "S" approved for single-cell housing due to no available disciplinary history to review. Walk alone yard.

INMATE COMMENTS/PARTICIPATION: "S" was an active participant in today's committee and stated that he understood committee's actions and is in agreement. "S" was advised of his appeal rights. No additional case concerns at this time.

CLINICIAN REVIEW: Mental Health Staff provided a MH status review and indicated that "S" is a participant in the Mental Health Services Delivery System at the level of EOP. Staff Assistant CCI GARCIA was present for this ICC to assure that "S" understands the actions of ICC.

| CODY | CS/LEVEL | WG/PG & Eff DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | PSYCH | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MEDA | 109/IV | A1A-9/14/2006 | MEPD 1-3-2011 | 4.8 | 4/1/2007 | 35 | BLA | EOP-???? | INIT-12-2009 |

## COMMITTEE MEMBERS

CHAIRPERSON
CHRIS CHRONES, CDW

MEMBERS
D. SMITH C&PR, S. KAYS, AW,
S. CHANDLER, CSW

RECORDER
D.A. WHITE ASU CC-II

Committee Date: 4/24/2007            ASU INITIAL

By: DAW - Distribution: C-File & Inmate      KERN VALLEY STATE PRISON

**STATE OF CALIFORNIA**
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

**DEPARTMENT OF CORRECTIONS**

DISTRIBUTION:
WHITE - CENTRAL FILE    CANARY - WARDEN
BLUE - INMATE (2ND COPY)    PINK - HEALTH CARE MGR
GREEN - ASU    GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GREEN (B) CSP-SAC. | H-09191 |

### REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY
[ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: You are being retained in Administrative Segregation (Ad-Seg) on Friday, January 18, 2008. Specifically, you were originally placed in Ad-Seg on 12-21-07, due to your involvement in a scheme to introduce cell phones into this institution. Utilizing a cell phone, you proclaimed to be a Peace Officer with the California Department of Corrections and Rehabilitation and requested assistance from staff to bring contraband into the institution as part of an on-going investigation. The investigation has been completed. Subsequently, you're being retained in Ad-Seg for possible Staff/Safety concerns that are employed at CSP-SAC. You will be seen by the Institution Classification Committee (ICC) for appropriate program and housing considerations.

MEDICATION: (YES)/NO, **    EOP: YES/(NO), **    CCCMS: (YES)/NO **    SINGLE CELL (YES)/NO

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: __/__/__

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| January 18, 2008 | M. Hutchinson | [signature] | Program Lt., 2/W |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 1-18-08 | 1230 | M. HUTCHINSON | [signature] | LT |

[X] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

### ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

**IS THIS INMATE:**

| | | | | |
|---|---|---|---|---|
| LITERATE? | [X] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES | [ ] NO |
| FLUENT IN ENGLISH? | [X] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [X] YES | [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [X] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] YES | [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [X] YES | N/A |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | |

N/A    Any "NO" requires SA assignment    Any "NO" may require IE assignment

[ ] NOT ASSIGNED    [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[X] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE: refused to sign    DATE: N/A

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

DECISION: [ ] RELEASE TO UNIT/FACILITY ___  [X] RETAIN PENDING ICC REVIEW  [ ] DOUBLE CELL  [X] SINGLE CELL PENDING ICC

REASON FOR DECISION: Inmate presents an immediate threat to safety of staff and endangers institutional ___

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE [signature] |
|---|---|---|---|---|
| G MORENO | Fac Capt (A) | 1/22/08 | 1400 | |

CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary)    CORRECTIONAL ADMINISTRATOR'S CO-

See chronological Classification Review document (CDC 128 - ___)

State of California            Department of Corrections
CDC 128-G

No. HC9191      NAME: Green

Comment: SAC-IV     ENDORSED. PS= 105

Inmate(s) is not included in MHSDS. 5-24-06
Inmate is NCF per CDC 128C2 dated 10-26-02   ⓟ V10
TB Code: 22       LIFER-BPT: 12/09
CDC 812 is clear/noted.     SVSP-IV EOP NOT CURRENTLY
Confidential is clear/noted.                 AVAILABLE.

               B.A. Crawford, CSR

Date: 7-19-06     Classification - CSR ACTION     MAW KVSP

State of California  Case 3:07-cv-03929-TEH    Document 11    Filed 05/13/2008    Page 6 of 7 Department of Corrections and Rehabilitation

SECOND & THIRD WATCH CONTROL OFFICERS WILL
READ THIS MEMO OVER PUBLIC ADDRESS SYSTEM

# MEMORANDUM

*LAST REVISED: 4/22/08 @ 12:01 PM*

Date: April 22, 2008

To: **C-FACILITY STAFF AND INMATE POPULATION**

From: California State Prison-Sacramento, Represa, CA. 95671

Subject: **C-FACILITY OPERATIONS FOR TUESDAY, APRIL 22, 2008, UNTIL FURTHER NOTICE**

**Due to the Battery on an inmate with a weapon, which occurred in the C-Facility Laundry on April 22, 2008, all inmates identified and/or designated as suspected associates of the disruptive groups Crips, Bloods, and those celled with them, are on lockdown status. Northern Hispanic inmates and those celled with them, will continue their program status. All remaining inmates will continue normal programming. (Reference attached lockdown list.)**

**Feeding:** Cell feeding for all inmates.

**Work & Education:** No work or education for all inmates identified and/or designated as suspected associates of the disruptive groups Crips, Bloods, and those celled with them. However, inmates assigned to the Academic and Bridging Program will continue to participate with in-cell assignments.

Modified work program in assigned Buildings, Second and Third Watch, for Northern Hispanic inmates and those celled with them. Modified education programs for Northern Hispanic inmates. Normal work/education programs for the remaining population.

**Yard:** No yard for all inmates identified and/or designated as suspected associates of the disruptive group Bloods, and those celled with them.

Concrete Yard program for Northern Hispanic inmates and those celled with them, on Mondays, Wednesdays and Fridays, from 1230-1530 hours for Blocks 5 & 7; On Tuesdays, Thursdays and Saturdays, from 1230-1530 hours for Blocks 6 & 8. Northern Hispanic Yard will consist of 20 inmates per concrete Yard. No Main Yard program for Northern Hispanic inmates and those celled with them. Normal yard programs for the remaining inmate population. Normal Yard program for all Dorm inmates.

**Evening Program:** No evening program for all Level IV inmates. Normal program for all Dorm inmates.

**Telephone:** No telephone privileges for all inmates identified and/or designated as suspected associates of the disruptive groups Crips, Bloods, and those celled with them. Normal telephone privileges for the remaining inmate population.

**Showers:** Controlled unrestrained showers, one cell at a time, on Tuesdays, Thursdays, and Saturdays, for all inmates identified and/or designated as suspected associates of the disruptive groups Crips, Bloods, and those celled with them. Normal shower program for the remaining inmate population.

**Visiting:** No visiting for all inmates identified and/or designated as suspected associates of the disruptive groups Crips, Bloods, and those celled with them. All Northern Hispanics, and those celled with them, shall be escorted to and from their visit unrestrained. Normal visiting for the remaining inmate population.

**Family Visiting:** No family visits for all inmates identified and/or designated as suspected associates of the disruptive groups Crips, Bloods, and those celled with them. Normal family visiting for the remaining inmate population.

**Religious Services:** Chaplains by request for all inmates identified and/or designated as suspected associates of the disruptive groups Crips, Bloods, and those celled with them. Northern Hispanics, and those celled with them, who are ducated, will be escorted to the Chapel based on the established Hispanic rotational schedule. The Northern and Southern Hispanic schedule is subject to change per emergency. Normal religious services for the remaining inmate population.

1 of 2

# CRIPS & BLOODS LOCKDOWN LIST

Updated: **April 22, 2008**
IR#: SAC-FAC-08-04-0268

| HOUSING | NAME | CDCR# | ETH | AFF |
|---|---|---|---|---|
| FC5-218-L | BELL | V84639 | BLA | BLOOD |
| FC5-218-U | VALENTINE | C91214 | BLA | BLOOD |
| FC5-220-L | WASHINGTON, M. | F59496 | BLA | |
| FC5-220-U | HALL, B. | V60013 | BLA | CRIP |
| FC5-223-L | THOMPSON, H. | C31688 | BLA | |
| FC5-223-U | ROBERSON, F. | C52666 | BLA | CRIP |
| FC5-224-L | GLASS, R. | J36237 | BLA | BLOOD |
| FC5-224-U | LEONCE, R. | V82075 | BLA | |
| FC5-225-L | REEDA, P. | K30784 | BLA | CRIP |
| FC5-225-U | SHAW, S. | P76135 | BLA | CRIP |
| FC5-227-L | OVERTON, A. | V65759 | BLA | CRIP |
| FC5-227-U | SMITH, L. | J81353 | BLA | CRIP |
| FC6-101-L | JACKSON, D. | V11673 | BLA | BLOOD |
| FC6-101-U | JACKSON, J. | T67736 | BLA | |
| FC6-107-L | JOHNSON, L. | H28940 | BLA | BLOOD |
| FC6-107-U | JOHNSON, E. | F89468 | BLA | BLOOD |
| FC6-108-L | BILLINGS, L. | C40631 | BLA | |
| FC6-108-U | JENKINS, C. | J75456 | BLA | CRIP |
| FC6-109-L | POLLARD | T34307 | BLA | BLOOD |
| FC6-109-U | BOHANON, R. | F43805 | BLA | BLOOD |
| FC6-110-L | GIBSON, R. | P38644 | BLA | BLOOD |
| FC6-110-U | COOK, D. | J97934 | BLA | BLOOD |
| FC6-113-L | PICKETT, D. | V41967 | BLA | CRIP |
| FC6-113-U | BOOKER, S. | V63978 | BLA | CRIP |
| FC6-116-L | MOUTON, E. | F90843 | BLA | CRIP |
| FC6-116-U | SANDERS, S | F12878 | BLA | CRIP |
| FC6-122-L | CAMP, D. | E82833 | BLA | CRIP |
| FC6-122-U | CORNELIUS, V. | T67367 | BLA | CRIP |
| FC6-125-L | HENSLEY, A. | P22813 | BLA | BLOOD |
| FC6-125-U | ROSS, D. | P91820 | BLA | BLOOD |
| FC6-126-L | CLARK, S. | F01448 | BLA | CRIP |
| FC6-126-U | GREEN, L. | H09191 | BLA | |
| FC6-127-L | MEADOWS, H. | C71452 | BLA | CRIP |
| FC6-127-U | HOWARD, L. | P08200 | BLA | CRIP |
| FC6-130-L | CURTIS, C. | V05156 | BLA | CRIP |
| FC6-130-U | LESSIE, T. | F55878 | BLA | CRIP |
| FC6-131-L | HUNT | C24148 | BLA | BLOOD |
| FC6-131-U | THOMAS, J. | C13941 | BLA | |
| FC6-132-L | COFFELT, J. | K12873 | BLA | CRIP |
| FC6-132-U | WASHINGTON, A. | K38837 | BLA | CRIP |
| FC6-203-L | BUTLER | D94029 | BLA | BLOOD |