```
Lonzell Green #H-09191
CSP-SAC
C-6-126                                      FILED
P.O.Box 290066
Represa,California.95671-290066           08 JUN -5 PM 2:05
    In Pro se
                                          RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lonzell Green      ) | Case No.C-07-03929-TEH(PR) |
|     Plaintiff,    ) | |
|                   ) | Honorable Thelton E.Henderson |
|     vs.           ) | |
| THOMAS J.ORLOFF,et al, ) | REQUEST FOR IMMEDIATE RELIEF |
|     Defendants.   ) | |

TO THE HONORABLE THELTON E.HENDERSON, U.S.MAGISTRATE,TO THE COURT CLERK:

Plaintiff Lonzell Green hereby move the Court pursuant to Rule of the Court: ,and applicable laws,for an Emergency, Immediate relief., Plaintiff just recieve in the mail a letter From his mother Ms.Betty McCullough That she,and a associate Of plaintiff have sent to this Court the $350.00 filing fee.

Plaintiff contend that each Defendant was informed by the Plainti That they are Defendants in the above casenumber,the mail card- (CDC FORM)19) respresents all plaintiff out-going lega;ll mail from this prison,which Plaintiff have outline all his out going Legal from this prison,and the dates the defendants was sent There copies/notices.see Exhibit "A".

Being that the Defendants operate under a prohibited rule the "Code of Silence",in violation of Article 22 Law Enforcement Code of Ethics,if the defendants attempt to lie to the Courts Plaintiff is therefore requesting that each Defendant be charge Punish accordingly to the original complaint in this Court.

Plaintiff also contend the Defendants successor's CDCR,and it's Employees known as the Green Wall Gang (7/23)Prison Guards,which Is documented as a domestic"Terrorist Organization" have Constantly subject Plaintiff to retaliation for reporting their Misconduct against the Plaintiff,the Defendants successor's have Been constantly operating under a prohibited rule  the "Code of Silence",while retaliating against plaintiff for reporting there Misconduct,in violation of Article 22 Law Enforcement Code of Ethics.

Plaintiff family,friends have been reporting the defendants Successors    mistreatment,and abuse to Plaintiff,specifically Plaintiff

(1)

1  Plaintiff mother filed a compllaint to the State Personnel Board
   About the on-going retaliation,and the fact the defendant succe-
   ssors continue to operate under a prohibt rule the "Code of
   Silence", while assaulting plaintiff,the response plaintiff
   Mother recieve was dated May 7,2008, authored by a Carole Hinkle
2  Of the appeals Division.

3  Ms.Hinkle response should be viewed as deceptive,misleading,and
   Manipulative,at the beginning of Ms.Hinkle response she claim
4  Plaintiff mother       complaint is a letter at the end
   Of Ms.Hinkle deceptive response she admits"the AD has no juris-
5  diction to offer a remedy in your complaint".

6  Even more misleading/manipulative response by Ms.Hinkle she
   States "there is no provision in the law that allows you to file
7  On behalf of your son".

8  As plaintiff being a disable person his immediate family member's
   Have a right to grieve on his behalf,the victims crime bill of
9  Rights makes it clear to do so,and the U.S.Constitution also
   Provides: the First Amendment prohibit its governmental
10 infringment of free speech,The Fourteenth Amendment prohibits
   The state,from depriving any person of a Constitutionally
11 Protected right.

12 It is obvious Ms.Hinkle acting as accomplice to the defendants
   Successor's of Plaintiff,Plaintiff is therefore requesting to
13 The Court to make Ms.Hinkle a defendant several months ago
   The Federal District Court ordered a Federal Reciever to inform
14 The California State Personnel Board of there on-going inadequate
   Disciplinary of State Employee,one news paper article shows the
15 State Personnel rehiring state worker's whom have killed inmates
   And been rehired by the state personnel Board,so it is obvious
16 That the State Personnel Board as well as Ms.Hinkle a criminal
   Pattern of acting under a prohibited rule thee"Code of Silence",
17 By aiding the defendants successor's,and    Ms.Hinkle May 7,2008,
   Letter is a prime example of such.
18
   Plaintiff is requesting to be immediately release to his family
19 And friends where he will be safe,and secured.

20 Plaintiff is also, send this Court a copy of the letter his
   mother sent him showing the $350.00 has been sent to this Court
21 in the interest of Justice.

22 Plaintiff request criminal charges be filed on Ms.Hinkle for
   Computor Fraud a violation of 18 U.S.C.1030 "ulawfully using
23 Plaintiff mother name to file a false report(the state Dept.,
   Computert's to be specific).
24
   Any other t=relief should be in the interest of Justice.
25
   I  declare under the penalty of perjury this Federal Agency have
26 What is well documented and known as "Operation Nutcracker",
   Which is a State Wide project,which means it targets all gangs
27 As well as the Oakland Rider's,ans the Green Wall Gang (7/23)
   Prison Gaurds.see Exhibit "C".
28

(2)

To aid the Court in more information to the Federal Agencies Project of operation nutcracker this Court should refer to Mr. Larry Aubry at email or L.R. at WORLDNETATTNET.

I declare under the penalty of perjury under the laws of the State of California and the United States the following is true And correct, and was executed on this 1st day of June 2008, at Represa, California.

Dated; June 1, 2008.

/S/ Lonzell Green
Lonzell Green
Plaintiff in Pro se.

(3)

EXHIBIT "A"

TO: LONZELL
Your Copy.

5/24/08

TO: OFFICE of the Clerk
    US DISTRICT COURT
    NORTHERN DISTRICT of California
    450 - Golden Gate Avenue
    San Francisco Ca. 94102

Ref: CASE # C0703929TEH (PR)
     PLANTIFF: LONZELL Green

Enclosed with this letter is the Filing FEE: $350.00 for the above CASE.

Check #1284 ($208.00) - CASE # C0703929TEH(PR) and also Money ORDER # 12127557420 in the amount of $142.00
         TOTAL amount:    $350.00

CC: Lonzell Green H09191       ← Coffee Stain "Sorry"!
    CSP-SAC
    C-6-126
    P.O. Box 290066
    REPRESA, CA. 95671
    (PRO' SE)

SABRINA DUNBAR
4255 - Marysville BLVD
Sacramento, CA. 95838

Betty McCullough
P.O. Box 1013
Pinole Ca. 94564

<u>MAIL CARD (CDC FORM 119)</u>
<u>SPECIAL PURPOSE LETTERS</u>

NAME:       GREEN, L

CDC#        H-09191

| DATE | DESTINATION 2006 |
|---|---|
| 9/5/06 | 9TH CIRCUIT COURT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119-3939 |
| 9/5/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 9/7/06 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 9/19/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 9/20/06 | SACRAMENTO COUNTY SUPERIOR COURT 720 9TH ST SACRAMENTO, CA 95814 |
| 9/28/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 10/2/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 10/2/06 | 9TH CIRCUIT COURT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119-3939 |
| 10/3/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 10/3/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 10/4/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 10/6/06 | GOV. ARNOLD SCHWARZENEGGER PO BOX 348780 SACRAMENTO, CA 95834-8780 |
| 10/11/06 | F.B.I. 4500 ORANGE GROVE AVE., SACRAMENTO, CA 95841 |
| 10/13/06 | GOV. ARNOLD SCHWARZENEGGER STATE CAPITOL SACRAMENTO, CA 95814 |
| 10/17/06 | F.B.I. PO BOX 13130 SACRAMENTO, CA 95013 ATTN: PAUL W. SHIELD |
| 10/20/06 | F.B.I. 4500 ORANGE GROVE AVE., SACRAMENTO, CA 95841 |
| 10/23/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 10/24/06 | WARDEN ANTHONY MALFI, CSP-SACRAMENTO |
| 10/24/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 10/24/06 | LAW OFC BENJAMIN RAMOS 7405 GREENBACK LN #287 CITRUS HEIGHTS, CA 95610-5603 (VERIFIED) |
| 10/27/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 10/27/06 | GOV. ARNOLD SCHWARZENEGGER STATE CAPITOL SACRAMENTO, CA 95814 |
| 10/27/06 | PRISON LAW OFFICE DAVIS, CA 95611 |
| 10/27/06 | DOJ WASHINGTON, DC 20530 |
| 10/27/06 | US DISTRICT COURT NORTHERN DIV 450 GOLDEN GATE AVE., SAN FRANCISCO, CA 94102 |
| 11/6/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 11/6/06 | M. OVERSTREET, CDC&R PO BOX 942883 SACRAMENTO, CA 94283 |
| 11/6/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 11/13/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 11/16/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 11/21/06 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 11/27/06 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 11/27/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 11/27/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 11/27/06 | WARDEN ANTHONY MALFI, CSP-SACRAMENTO |
| 12/20/06 | WARDEN ANTHONY MALFI, CSP-SACRAMENTO |
| 12/26/06 | WARDEN ANTHONY MALFI, CSP-SACRAMENTO |
| 1/4/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 1/9/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 1/12/07 | ROSEN, BIEN, & ASARO 155 MONTGOMERY ST., SAN FRANCISCO, CA 94104 |
| 1/22/07 | STATE BAR OF CALIFORNIA 1149 SOUTH HILL ST., LOS ANGELES, CA 90015-2299 |
| 1/22/07 | OFFICE OF THE ATTORNEY GENERAL 1300 I STREET SACRAMENTO, CA 94244 |
| 1/24/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 1/31/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 2/1/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 2/6/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 2/6/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 2/6/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 2/9/07 | US SUPREME COURT 1 FIRST NORTH EAST WASHINGTON, DC 20543 |
| 2/9/07 | US SUPREME COURT 1 FIRST NORTH EAST WASHINGTON, DC 20543 |

| Date | Recipient |
|---|---|
| 2/14/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 2/15/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 2/20/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 2/20/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 2/21/07 | DEPARTMENT OF JUSTICE F.B.I. WASHINGTON, DC 20535 |
| 2/21/07 | SUPREME COURT OF THE U.S. WASHINGTON, DC 20543-0001 |
| 2/22/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 2/26/07 | OFFICE OF INTERNAL AFFAIRS PO BOX 3009 SACRAMENTO, CA 95812 |
| 2/26/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 2/26/07 | **SENT INMATE COPY OF CDC 119 OUT-GOING LEGAL MAIL LOG** |
| 2/28/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 2/28/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 3/1/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 3/6/07 | OFFICE OF INTERNAL AFFAIRS PO BOX 3009 SACRAMENTO, CA 95812 |
| 3/6/07 | ALAMEDA COUNTY PUBLIC DEFENDER 1401 LAKESIDE DR., OAKLAND, CA 94612-4305 |
| 3/7/07 | OFFICE OF INTERNAL AFFAIRS PO BOX 3009 SACRAMENTO, CA 95812 |
| 3/9/07 | EDWARD CADEN ATTORNEY 8217 MANGER WAY, CITRUS HEIGHTS, CA 95610 |
| 3/12/07 | SENATOR GLORIA ROMERO 149 SOUTH MEDNIK LOS ANGELES, CA 90022 |
| 3/12/07 | SAN MATEO HALL OF JUSTICE 400 COUNTY REDWOOD CITY CA 94063-1655 |
| 3/12/07 | ALAMEDA COUNTY SUPERIOR COURT 1225 FALLON ST OAKLAND, CA 94612-4280 |
| 3/12/07 | OAKLAND POLICE DEPT., 455 7TH STREET OAKLAND, CA 94607-3985 |
| 3/12/07 | DEPARTMENT OF JUSTICE F.B.I. WASHINGTON, DC 20535 |
| 3/12/07 | REP. BARBARA LEE 1301 CLAY ST OAKLAND, CA 94612 |
| 3/12/07 | COMMISSION ON JUDICIAL PERFORMANCE 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 3/12/07 | ALAMEDA SUPERIOR COURT 1225 FALLON ST OAKLAND. CA 94612-4280 |
| 3/13/07 | OFFICE OF THE DISTRICT ATTORNEY 1225 FALLON ST OAKLAND. CA 94612-4280 |
| 3/13/07 | DEPT. OF JUSTICE F.B.I. 935 PENNSYLVANIA AVE., WASHINGTON, DC 20535 |
| 3/19/07 | F.B.I. 450 GOLDEN AVE SAN FRANCISCO, CA 94102 |
| 3/19/07 | BARBARA BOXER 501 J STREET SACRAMENTO, CA 95814 |
| 3/20/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 3/20/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 3/22/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 3/23/07 | F.B.I. 450 GOLDEN AVE SAN FRANCISCO, CA 94102 |
| 3/28/07 | US DISTRICT COURT NORTHERN 450 GOLDEN GATE COURTROOM 12 19TH FL SAN FRACISCO, CA 94102 |
| 3/28/07 | SACRAMENTO COUNY GRAND JURY 720 NITH ST. ROOM 611 SACRAMENTO, CA 95814 |
| 3/28/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 3/26/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 3/26/07 | US DISTRICT COURT NORTHERN 450 GOLDEN GATE COURTROOM 12 SAN FRANCISCO, CA 94102 |
| 3/25/07 | SACRAMENTO GRAND JURY 720 NINTH ST. #611 SACRAMENTO,CA 95814 |
| 3/29/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 4/02/07 | KATHLEEN RIDOLFI NORTHERN CAL INNOCENCE PROJECT 500 EL CAMINO REAL SANTA CLARA,CA 95053 |
| 4/02/07 | BARRY SCHECK INNOCENCE PROJECT 100 FIFTH AVE 3RD FLOOR NEW YORK, NY 10011 |
| 4/02/07 | LEGAL AID SOCIETY ATTORNEY 600 HARRISON ST. STE.120 SAN FRANCISCO, CA 94101 |
| 4/02/07 | SENATOR DIANE FEINSTEIN ONE POST STREET STE.2450 SAN FRANCISCO, CA 94104 |
| 4/02/07 | OFFICE OF THE DISTRICT ATTORNEY 1225 FALLON ST OAKLAND. CA 94612-4280 |
| 4/3/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 4/4/07 | OFFICE OF INTERNAL AFFAIRS PO BOX 3009 SACRAMENTO, CA 95812 |
| 4/9/07 | SACRAMENTO GRAND JURY 720 NINTH ST. #611 SACRAMENTO,CA 95814 |
| 4/9/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 4/12/07 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 4/13/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 4/13/07 | SACRAMENTO GRAND JURY 720 NINTH ST. #611 SACRAMENTO,CA 95814 |
| 4/13/07 | LEGAL AID SOCIETY ATTORNEY 600 HARRISON ST. STE.120 SAN FRANCISCO, CA 94101 |
| 8/29/07 | MICHAEL BIEN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 9/20/07 | CCAP 2407 J STREET SACRAMENTO, CA 95816-9819 |
| **9/21/07** | **SENT INMATE COPY OF CDC LEGAL OUT-GOING MAIL LOG** |
| 9/24/07 | ALAMEDA COUNTY SUPERIOR COURT 1225 FALLON ST OAKLAND, CA 94612-4280 |
| 9/24/07 | LEGAL AID SOCIETY ATTORNEY 600 HARRISON ST. STE.120 SAN FRANCISCO, CA 94101 |

| Date | Recipient |
|---|---|
| 9/24/07 | SACRAMENTO GRAND JURY 720 NINTH ST. #611 SACRAMENTO, CA 95814 |
| 9/24/07 | PRISON LAW OFFICE SAN QUENTIN, CA 94964 |
| 9/24/07 | KATHLEEN RIDOLFI NORTHERN CAL INNOCENCE PROJECT 500 EL CAMINO REAL SANTA CLARA, CA 95053 |
| 9/24/07 | ALAMEDA COUNTY PUBLIC DEFENDER 1401 LAKESIDE DR., OAKLAND, CA 94612-4305 |
| 9/24/07 | STATE BAR OF CALIFORNIA 1149 SOUTH HILL ST., LOS ANGELES, CA 90015-2299 |
| 9/26/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 10/11/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 10/16/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 10/17/07 | RICHARD JOSEPH KRECH 1611 TELEGRAPH AVE #1100 OAKLAND, CA 94612 (VERIFIED) |
| 10/17/07 | US DISTRICT COURT NORTHERN 450 GOLDEN GATE COURTROOM 12 SAN FRANCISCO, CA 94102 |
| 10/18/07 | SYLVIA WHATLEY BECKHAM PMB 529 402 W OJAI AVE #101 OJAI, CA 93023 (VERIFIED) |
| 10/24/07 | SACRAMENTO GRAND JURY 720 NINTH ST. #611 SACRAMENTO, CA 95814 |
| 10/26/07 | ROSEN, BIEN, & GALVAN PO BOX 390., SAN FRANCISCO, CA 94104-0390 |
| 11/1/07 | US DISTRICT COURT NORTHERN 450 GOLDEN GATE SAN FRANCISCO, CA 94102 |
| 11/2/07 | US DISTRICT COURT EASTERN DIVISION 501 I STREET SACRAMENTO, CA 95814 |
| 11/5/07 | DEPT. OF JUSTICE F.B.I. ., WASHINGTON, DC 20535 |
| 11/5/07 | US DISTRICT COURT OF FRESNO, CA 93721-1318 |
| 11/5/07 | KERN COUNTY DISTRICT ATTORNEY 1215 TRUXTUN AVE., BAKERSFIELD, CA 93301 |
| 11/5/07 | F.B.I. 450 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 11/5/07 | REP. BARBARA LEE 1301 CLAY ST OAKLAND, CA 94612 |
| 11/5/07 | SENATOR GLORIA ROMERO 149 SOUTH MEDNIK LOS ANGELES, CA 90022 |
| 11/5/07 | OFFICE OF THE INSPECTOR GENERAL PO BOX 348780 SACRAMENTO, CA 95834-8780 |
| 11/5/07 | US DISTRICT COURT NORTHERN DIV 450 GOLDEN GATE AVE., SAN FRANCISCO, CA 94102 |
| 11/7/07 | OFFICE OF THE DISTRICT ATTORNEY 1225 FALLON ST OAKLAND, CA 94612-4280 |
| 11/7/07 | OFFICE OF THE DISTRICT ATTORNEY 1225 FALLON ST OAKLAND, CA 94612-4280 |
| 11/13/07 | US DISTRICT COURT NORTHERN DIV 450 GOLDEN GATE AVE., SAN FRANCISCO, CA 94102 |
| 11/15/07 | SYLVIA WHATLEY BECKHAM PMB 529 402 W OJAI AVE #101 OJAI, CA 93023 |
| **11/21/07** | **SENT INMATE COPY OF CDC LEGAL OUT-GOING MAIL LOG** |
| 11/27/07 | KATHLEEN RIDOLFI NORTHERN CAL INNOCENCE PROJECT 500 EL CAMINO REAL SANTA CLARA, CA 95053 |
| 11/27/07 | ALAMEDA COUNTY SUPERIOR COURT 1225 FALLON ST OAKLAND, CA 94612-4280 |
| 11/27/07 | US DISTRICT COURT NORTHERN DIV 450 GOLDEN GATE AVE., SAN FRANCISCO, CA 94102 |
| 11/27/07 | THE WHITE HOUSE 1600 PENNSYLVANIA WASHINGTON, DC 20530 |
| 11/30/07 | WARDEN (A) WALKER, CSP-SACRAMENTO |
| 12/03/07 | US DISTRICT COURT NORTHERN 450 GOLDEN GATE SAN FRANCISCO, CA 94102 |
| 12/03/07 | US DISTRICT COURT NORTHERN 450 GOLDEN GATE SAN FRANCISCO, CA 94102 |
| 12/18/07 | US DISTRICT COURT NORTHERN 450 GOLDEN GATE SAN FRANCISCO, CA 94102 |
| 12/18/07 | OFFICE OF THE PUBLIC DEFENDER (DELANO OFFICE) 1122 JEFFERSON AVE., DELANO, CA 93215 |
| **1/10/08** | **SENT INMATE COPY OF CDC LEGAL OUT-GOING MAIL LOG** |

EXHIBIT "B"



# CALIFORNIA STATE PERSONNEL BOARD

801 Capitol Mall • Sacramento, California 95814 • www.spb.ca.gov

ARNOLD SCHWARZENEGGER, Governor

May 07, 2008

*I spoke to her in ~~Jan~~ March 08 not in May 08.*

Ms. Betty McCullough
P.O. Box17066
Oakland, CA  94601

Re: SPB Case No: 07-0170N

Dear Ms. McCullough:

This is in response to your January 22, 2007, letter to the Appeals Division (AD) on filing a Citizen's Complaint, regarding your son, an inmate. Government Code section 19583.5 (a) was amended in February of 2005, and signed by the Governor on September 6, 2005, prohibiting the AD from accepting complaints from current patient of a facility operated by the State Department of Mental Health. In addition, there is no provision in the law that allows you to file on behalf of your son. For your convenience we are enclosing a copy of the Assembly Bill No. 297, which became effective January 1, 2006.

Since the AD has no jurisdiction to offer a remedy in your complaint, we cannot accept your appeal and are closing your case without further review.

Sincerely,

*Carole Hinkle*

Carole Hinkle
Appeals Division

cc:    Personnel Officer
       Department of Mental Health
       1600 9th Street, Room 121
       Sacramento, CA  95814

# CAPITOL & CALIFORNIA

See Rex Babin's political cartoons at www.sacbee.com/babin

## Prison death controversy

System official's letter says federal watchdog accused health worker of killing an inmate.

By Andy Furillo
BEE CAPITOL BUREAU



State Personnel Board Executive Director Floyd Shimomura, above, recalled John Hagar's comments in a Sept. 15 letter.

The state prison health care czar's top aide called a correctional medical officer reinstated to her job earlier this year a "murderer" who "killed an inmate," according to a letter written by the executive director of the State Personnel Board.

John Hagar, the chief of staff to health care receiver Robert Sillen, made the remarks in a Sept. 11 meeting between officials from his agency and the personnel board, the letter said. The Sept. 15 letter, written by personnel board Executive Director Floyd Shimomura, was obtained by The Bee through a state Public Records Act request.

Shimomura quoted Hagar in the letter as characterizing the medical officer as a "murderer." Shimomura went on to say in the letter that he was not aware of any inmate death that had occurred as a result of the employee's actions, nor did he know about any inmate who had "suffered bodily harm."

Chuck Alexander, vice president of the California Correctional Peace Officers Association, criticized Hagar's remarks as recounted by Shimomura as the latest example of what the union official called Hagar's "unfettered attacks against the men and women working in these prisons."

"I find it appalling," Alexander said. "As an officer of the court, he's supposed to uphold the Constitution for all citizens. And the Constitution says you're innocent until proven guilty."

Hagar, besides being the chief of staff to Sillen, also is the court-appointed special master in another federal case in which he oversees use of force, internal investigations and of-

▶ PRISON, Page A4

John Hagar is the chief of staff to health care receiver Robert Sillen and the court-appointed special master in another federal case in which he oversees use of force, internal investigations and officer discipline in the prison system.

Contra Costa Times/Bob Peppi

---

### STEVE WIEGAND

w the at bad trict idea

Bang! Bang!
Three shots rang out, and I was off on the greatest story of [my life?] let me tell you about it first... Schwarzenegger's reappointment? You don't care about that? Of course not. I don't care about it. Very real life care about it. Be bailing out here, no next week, hopefully scintillating topics.

the deal on Schwarzie's would start by putting a panel of county registrars en the registrars would a panel of potential arbiters. Then the Fair ctices Commission t another panel, of Democrats and third-party or ate individuals. I members would pat rub their tummies and gic word "fair" until a nent plan materialized. for this paneling and



Doolittle reports legal bill now tops

# Prison: Employee no longer works in a medical capacity

▶ FROM PAGE A3

ficer discipline in the prison system.

In his special master position, Hagar has clashed repeatedly with CCPOA officials and has accused them of intimidating top prison managers to shut down investigations into allegations of officer misconduct. More recently, Hagar charged that the CCPOA worked with officials in Gov. Arnold Schwarzenegger's administration to undermine court-ordered efforts to reform the prison system.

Rachael Kagan, the spokeswoman for the receiver's office, said Shimomura's recollection was "not an accurate characterization" of what Hagar said at the Sept. 11 meeting. Kagan denied that Hagar referred to the medical officer as a murderer.

Kagan said the meeting "was not specific" to the officer's case but was more focused on the receiver's attempt to create a new disciplinary system for medical employees in the prison system.

"Sometimes things tend to get lost in the weeds here in looking at very specific issues, and I really don't want us to forget why the receiver is here," Kagan said. "The California prison medical care system has been found to be unconstitutional. And the state's inability or unwillingness to fix it has prompted this federal court intervention. And the findings of the court are that the incompetence of some of the clinical staff – some, not all – is one of the many factors that have led to this situation, and the lack of an effective disciplinary system has made it nearly impossible to address that."

State Personnel Board officials declined to comment on the case.

In his Sept. 15 letter to Hagar, Shimomura said, "You stated (in the meeting four days earlier) that you could not understand how the board could put a person who had 'killed an inmate' back to work."

"While every case turns on all the facts available to the board, the board would not knowingly put a 'murderer,' as you put it, back to work," Shimomura wrote.

In his capacity as Sillen's chief of staff, for which he is paid $250 an hour, Hagar responded with a letter of his own in which he said he has "assembled" a "death review" of the case he mentioned at the Sept. 11 meeting.

Hagar said in his letter, dated Nov. 7, that "'clueless' MTAs," or medical technical assistants, had been involved in "a preventable death" in another prison case. His letter provided no other details on that case. Hagar said in the letter that he was willing to brief Shimomura "concerning investigation(s)" into the medical officer since the personnel board put her back to work.

CCPOA attorney Gregg Adam said Hagar's bringing up additional cases about the officer to the personnel board is "outside statutory procedure" and "creates a problem" concerning the officer's due process rights. Kagan, the spokeswoman for the receiver's office, said the additional case was brought up only as a example of of how medical employee "mistakes" are "adjudicated one at a time" while "no other incidents can be brought up at the same time" to establish a pattern of misconduct.

The personnel board reinstated the unidentified officer earlier this year after the Department of Corrections and Rehabilitation tried to fire her for improperly distributing Ribavirin to an inmate with hepatitis C at an undisclosed prison. The board reduced the discipline to a six-month suspension. Corrections spokesman Bill Sessa said the agency has not decided whether to appeal the personnel board's decision.

The officer has since returned to work, but is no longer employed in a medical capacity, according to documents obtained by The Bee.

Sillen, in his third bimonthly report to U.S. District Court Judge Thelton Henderson released on Tuesday, cited the medical officer's reinstatement as an example of the personnel board impeding the receiver's efforts to fix the prison medical care system.

The receiver had earlier decided to eliminate the medical technical assistant position and replace it with a new classification of licensed vocational nurse. The report released Tuesday blasted the personnel board for returning the officer to work at all "after the receiver announced his decision to eliminate the MTA job classification."

Along with reinstating the medical officer, the personnel board also drew threats of federal court sanctions from the receiver for refusing to drop the agency's drug-testing requirement for all newly hired licensed vocational nurses.

■ ■ ■

*The Bee's Andy Furillo can be reached at (916) 321-1141 or afurillo@sacbee.com.*

EXHIBIT "C"

## URBAN PERSPECTIVE ■ LARRY AUBRY

# Operation Nutcracker: Frightening Fact Or Fiction?



Word of "Operation Nutcracker-A Neighborhood Stabilization Project" spread quickly throughout South Los Angeles in the last two months. It smacks of a Hitlerian/George W. Bush concoction: law enforcement agencies functioning illegally under cover of federal authority.

The document is sketchy but insidious and does not cite enabling authority-legislative, policy or otherwise. Its proposals however, are specific, and very scary.

Attempts to authenticate Operation Nutcracker and GLANSC, (Greater Los Angeles Neighborhood Stabilization Council) have been unsuccessful. Members of the Community Call to Action and Accountability (CCAA)- formed after 13 year-old Devin Brown's killing by LAPD in February - contacted the offices of Los Angeles' Black congressional delegation, but received no definitive response concerning the authenticity of Nutcracker.

Hopefully, this column will increase public awareness of the draconian, inflammatory nature of Operation Nutcracker. It has not been authenticated... which law enforcement agencies are involved..... and what is really the scope of the operation?

In addition to federal agencies (FBI, ATF, CIA, Homeland Security, U.S. Marshall and U.S. Military), the Los Angeles Police Department and Los Angeles County Sheriff's Office are listed on the cover page. Police Chief William Bratton and Sheriff Lee Baca should inform the public of their involvement with Operation Nutcracker, if any.

Last week, the Community Call to Action and Accountability wrote a letter to Congresswomen Maxine Waters, Diane Watson and Juanita Millender-McDonald requesting that they authenticate and/or provide all pertinent information on Operation Nutcracker. (At least one G.L.A.N.S.C. meeting was held in South Los Angeles. The sponsors are not known, but participants included Watts' Sweet Alice and homeless specialist Ted Hayes.)

The following excerpts are from Operation Nutcracker and GLANSC documents currently circulating in South Los Angeles. They are repressive and a serious matter of public concern:

Operation Nutcracker Scope: Statewide; Operational Components: Intelligence gathering phase, Incursion, Containment, Extraction, Stabilization.

Operative Agenda: A quasi-local, state and federal Domestic Terrorism Task Force, will share data for the purpose of identifying gang members "NCA" domestic terrorists. Containment of designated areas will be the responsibility of local law enforcement. Domestic terrorists extractions will be the responsibility of the U.S. military. Task Force will have the power to arrest any persons marked by a gang tatoo. Random stops and checks for gang tatoos will be authorized.

Any teen apprehended violating curfew will be recognized as a domestic terrorist suspect and made subject to arrest. The parents of those individuals will be subject to arrest, and if a tenant in public housing and/or a recipient of any governmental subsidy, e.g., AFDC, General Relief, Section VIII, Social Security, SSI, etc., they will be evicted forthwith and any and all subsidies terminated immediately.

All domestic terrorists under the control of the California Department of Corrections and local law enforcement agencies shall be released on parole or probation into the custody of the U.S. Military. Once in custody of the U.S. Military, all domestic terrorists will be held under the Enemy Combatant Rule.

First GLANSC Project Objective: To extract any element from the community that possesses the potential to destabilize the correct balance in the social order to the possible hurt or harm of its citizenry. Secondarily, to facilitate neighborhood stabilization through cognitive measures designed to splice potential destabilization threats into "levels and nuances of color." (Domestic economic, political, religious and intellectual terrorism have the greatest adverse effect on the community.)

Responsibilities include providing oversight of Operation Nutcracker to assure enforcement equity and assistance in post Operation Nutcracker to facilitate neighborhood stabilization.

Variants that will dictate implementation of a level Yellow Program (Prevention) include unsatisfactory school attendance records, parent or guardian recommendations, unsatisfactory psychological evaluation. Participants will be dormed in a military themed academy.

Level Orange (Adjustment): Variants dictating implementation include system entry date within one year prior to Operation Nutcracker. No more than three system hits, no hit shall include any crime enumerated under Penal Code 667, no more than one gang-affiliated tatoo. Participants will be detained at an undisclosed military facility and all outside contacts with them prohibited.

Level Red (Dissolvement): Variants for implementation include system entry more than one year prior to Operation Nutcracker; number of hits four or more, one or more hits of any crime enumerated under Penal Code 667, two or more gang-affiliated tatoos. Participants shall be detained at an undisclosed military facility indefinitely under enemy combatant rules with no outside contact.

Readers should insist that their elected officials immediately investigate Operation Nutcracker.

LARRY AUBRY ■ CAN BE CONTACTED AT E-MAIL L.R.AUBRY@WORLDNET.ATT.NET