C07-3929 TEH

**FILED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

TOTAL 12 pages

TO:   Judge T. Henderson
      c/o my son Lonzell Green H09191

Ref: Classification scores are Incorrect

    Ten (10) pages attached to this
cover letter, please read all documents and send a reply
to my son: Lonzell Green H09191
           CSP-SAC
           C-6-126
           PO BOX 290066
           REpresa, Ca. 95671-290066

and also to: Betty McCullough
             PO BOX 1012
             Pinole, Ca.94564

Thank you, waiting to hear your reply

Betty McCullough
*Betty McCullough* (signature)

CC: Lonzell Green
    The State Personnel Board
    Betty McCullough

TO The State Personnel Board
c/o my son Lonzell Green  H09191

Ref: Classification scores are Incorrect — Dates ranges from 2003 TO 2008

Eight (8) pages attached to this cover letter, please read all documents and send a reply to my son: Lonzell Green H09191
CSP-SAC
C-6-126
PO BOX 290066
REpresa, Ca. 95671-290066

and also to: Betty McCullough
PO Box 1012
Pinole, Ca. 94564

Thank you waiting to hear your reply
Betty McCullough

CC: Lonzell Green
Judge T. Henderson
Betty mcCullough

ONE (1) additional page
see page #9, 10  BMcC

Total pages #⑩

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: **AUG 19 2002**

In re: Green, H-09191
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

IAB Case No.: 0200453    Local Log No.: SVSP 02-00793

This matter was reviewed on behalf of the Director of the California Department of Corrections (CDC) by Appeals Examiner J. Pearson, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that his classification score is incorrect as he is a first-termer. The appellant is requesting that his classification score be reduced to a reasonable level.

**II   SECOND LEVEL'S ARGUMENT:** It is staff's position that the appellant's classification score was correctly prepared at the reception center based upon the documentation available. The appellant has not provided verifiable documentation to support his request for additional favorable credits to be applied to his classification score. The appellant is serving a life sentence and his classification score calculation has been explained to him in detail and he has received a copy of the calculations to his classification score.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The appellant has submitted his initial CDC Form 839, Classification Score Sheet, dated October 15, 1991. At that time his classification score was 73 points. The appellant has exceeded the timeframe to appeal the calculation of his initial classification score in excess of ten years. With favorable programming including no disciplinary reports and favorable work or education reports, the appellant's Classification Score could now be zero. However, the appellant has provided documentation that indicates his classification score has progressively risen and he has been assessed an administrative determinate for his violent behavior. Despite the Director's Level of Review requesting the appellant's Classification Score Sheets, he has not submitted all of them, therefore the appeals examiner is unable to check specific mathematics calculations and the appellant has not provided any evidence to support his claim that his classification score is incorrect. He is vague in his request to be given a "reasonable" classification score. The classification score is very objective and it can only be changed if data has been entered or omitted in error. The appellant fails to delineate any such action. The appellant has provided no basis for a change in his classification score, as such; no relief shall be afforded the appellant at the Director's Level of Review.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3084.1, 3375, 3375.4

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDC.

LINDA L. RIANDA, Chief
Inmate Appeals Branch

cc:   Warden, SVSP
      Appeals Coordinator, SVSP

State of California                                                                     Department of Corrections
                                                                                               CDC 128-G

No. H09191    NAME: X Green

SAC-IV    ENDORSED. PS= 105    Ⓟ V10

Comment:

EOP    5-24-06    LIFER-BPT: 12/09
Inmate(s) is not included in MHSDS.                SVSP-IV EOP NOT CURRENTLY
Inmate is NCF per CDC 128C2 dated 10-28-02.                        AVAILABLE.
TB Code: 22
CDC 812 is clear/noted.
Confidential is clear/noted.

                        B.A. Crawford, CSR                M/W KVSP

                        Classification - CSR ACTION

Date: 7-19-06

## CALIFORNIA DEPARTMENT OF CORRECTIONS

NAME: GREEN  CDC #: H09191  BED: B8-113L

### COMMITTEE ACTION SUMMARY

RELEASE TO B FAC EOP. SET CUSTODY AT MED A. WG/PG A1A EFFECTIVE 9/14/06. PLACE ON B FAC EOP SUPPORT SERVICES W/L WITH NO GATE PASS CLEARANCE AND NO BACK DOCK CLEARANCE. CLEARED FOR DOUBLE CELL.

### COMMITTEE'S COMMENTS

Inmate GREEN appeared before California State Prison, Sacramento's (SAC's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Initial ASU Review. GREEN stated that his health was fair, however he was willing to proceed. GREEN received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, GREEN was introduced to the committee members. According to GREEN'S CDC 114D, he was placed into SAC's ASU on 9/10/06 for: Possession of Dangerous Contraband/Slashing Instrument.

Based upon a review of GREEN'S CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Release to B FAC EOP. Set custody at MED A. WG/PG A1A effective 9/14/06. Place on B FAC EOP Support Services W/L with no gate pass clearance and no back dock clearance. Cleared for double cell. The investigation by C/O M. Roberts has not been completed. Double cell based on lack of sufficient documentation to warrant single cell status.

Additional Comments: ICC notes that S stated he had no enemy or safety concerns if released to B FAC EOP. ICC notes S's RVR will be for Dangerous Contraband, which is a nonSHUable offense.

Mental Health Assessment: The treating clinician presented ICC with a mental health assessment that included S's level of care, treatment needs, ability to understand/participate in the classification hearing, and effects of this psychological state if ordered retained in segregated housing. Committee members agreed that the Staff Assistant is necessary in future classification reviews.

Inmate Comments: S stated he does not have a cell partner. S was informed that his next reclass is scheduled on or before 10/06 for an Annual Review.

At the conclusion of this review, GREEN was informed of his Appeal Rights with regards to this committee's actions. GREEN acknowledged his understanding and agreement with committee's actions.

**STAFF ASSISTANT**

Assigned: (Issues complex and/or Inmate participant in MHSDS) SA Present: C/O Scicluna.

### INMATE CASE FACTORS

| CUSTODY | CS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | ETHNIC | PSYCH DATE 128C | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|
| MED A | 105/IV | A1A - 9/14/2006 | MEPD 1/3/2011 | 10.3 | 10/2006 | BLA | EOP 9/14/2006 | IPCH 10/2006 |

### COMMITTEE MEMBERS

**MEMBERS**
S. Shannon, FC (A), Rose, PhD., Dominguez, PSW, J. Martin, PhD., D. Galvan, PSW, D. Atkinson, PSW, Bellacosa, PSW

CHAIRPERSON
J. Walker, CDW

K. Dunlap, CCII

Committee Date: 9/14/2006   **INITIAL ASU REVIEW   AS8-9-14**   Committee: S091406CRL1

Typed By: LJS - Distribution: C-File & Inmate, CSR   CALIFORNIA STATE PRISON, SACRAMENTO   Classification Chrono CDC 128G (Rev: 5/01)

| | |
|---|---|
| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS |
| | CDC 128G (Rev. 2/69) |
| | Housing: B8113L |

**NO.:** H09191  **NAME:** GREEN  MEPD 1/3/2011  LIFE    **PS:** 109   **REV:** 10/07
**Custody:** MED A    **WG/PG:** A1/A    **Assignment:** P/R; LOC CHNG; REDUCE MHSDS FROM EOP TO CCCMS; REL TO B-FAC; D/C; FD/FHC; DIN RM OK; REM FROM EOP SS W/L; P/O B-GP SS W/L; NGPC; NO BACK DOCK

GREEN appeared before B-FAC EOP UCC/IDTT for purpose of his **Annual Review** and program evaluation. The **CDC 128-B-1** dated 4/5/07 was issued 72 hours prior to this Classification Hearing. See CDC 128-B-1 which is in file.

**Mental Health Assessment:** S is a participant in the MHSDS at the EOP level of care per the CDC 128-C dated 3/20/07. C/O R. Hutchings was assigned, present and served as Staff Assistant during this classification hearing. Committee acts to reduce S's MHSDS level of care from EOP to CCCMS per CDC 128C dated 4/10/07. Release to B-FAC GP.

**Inmate Comments:** S did not agree with the recommendations of committee. S stated, "I haven't received adequate treatment in EOP".

**Additional Comments:** Reasonable accommodation to ensure Effective Communication was accomplished by speaking slowly and S repeating statements back to counselor. S is eligible for Dining Room assignments in accordance with the memo dated 8/8/06 authored by Warden A.J. Malfi, establishing criteria for assignments in Satellite Dining Rooms at CSP-SAC.

**Committee Action:** Committee acts to retain S on double cell status based on lack of sufficient documentation to warrant single cell status. Committee acts to retain custody at MED A based on time to serve, with **no** gate pass clearance based on S meeting custody criteria and **no** back dock clearance based on lack of institutional need; remove from the EOP SS W/L, with WG/PG A1/A effective 9/14/06 and place on the GP SS W/L. **TB Alert Code:** 22, per CDC 128C dated 3/13/07. Committee notes CDC 128G dated 8/29/06 will serve as the basis for S's case factors. Case factor updates are as follows: The CDC 840, 812/812C and 127 were updated. Confidential File: Present and reviewed.

CONCUR: _____    _____
D. BAUGHMAN, CAPT          E. JUBB, CCI /RECORDER/grr
                           D. BAUGHMAN, CAPT/CHAIRPERSON
                           RAMIREZ, SGT

**COMMITTEE MEMBERS:** DR, VASQUEZ, A. GRAHAM, EDUC

cc: Inmate, CCRA

4/10/07        B6-4-10        B-FAC-EOP : UCC        SAC

| | |
|---|---|
| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS<br>CDC 128G (Rev. 2/69)<br>Housing: FB1129L |

NO.: <u>H09191</u> NAME: <u>GREEN</u> MEPD 1/3/2011 29 TO LIFE
Custody: MED A   WG/PG: A1/A

PS: 109    REV: 10/07
Assignment: OTC RETURN/ P/R; CPP; CLR SAT DIN RM; D/C; FD/FHC; GRANT S TIME FROM 4/13/07 UNTIL REASSIGNED; REL TO B; P/O SS W/L; NGPC; NO BACK DOCK

**GREEN** appeared before B-FAC UCC for program review and Out to Court return. The **CDC 128-B-1** dated 8/30/07 was issued 72 hours prior to this Classification Hearing. See CDC 128-B-1 which is in file.

**Inmate Comments:** During a program review interview on 9/6/07 with Counselor, S requested to continue his present program. S did participate during committee. S **did agree** with committee actions.

**Additional Comments:** S appeared before B-FAC UCC on 9/6/07 for Out to Court return and review. S went Out to Court on 4/13/07 to 8/23/07 as a defendant in case # DF008262A. S returned to CSP-SAC on 8/23/07. Case factors have been reviewed and no changes have resulted. Committee notes prior going Out to Court, S was WG/PG A1/A effective 9/14/06. S was on SS W/L.

**Inmate Comments:** Committee acts to place S on SS W/L and grant S time from 4/13/07 through rehire. Next Annual Review is scheduled for 10/07. Release to B-FAC. No gate pass clearance no back dock clearance. S is CCCMS Level of Care and Medium A custody.

CONCUR: _____
D. BAUGHMAN, CAPT

J. CANTLAY, CCI /RECORDER/rlc
D. BAUGHMAN, CAPT /CHAIRPERSON
A. MASURET, CCII
C. CANTRELL, CCI
J. GUYTON, EDUC

cc: Inmate, CCRA

9/6/07         B3-9-6         B-FAC: INIT         SAC

# INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
CDC-Z2 (10/99)
DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 3-17-08 | A· Ad/Seg Counselor J. Gaskin | GREEN | H-09191 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| C-6 | 126 | N/A | |

| | FROM | TO |
|---|---|---|
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | |
| | ASSIGNMENT HOURS FROM | TO |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I Just Receive This Reclassification Score Sheet, you see Place 12 Points on this Score Sheet From 9-06-06, & 9-26-07, And you took my score that was not to 115 For no-reason, that was your purpose of doing ~

FOR NO STAFF USE BELOW THIS LINE. If more space is required, write on back

INTERVIEWED BY: J. GASKIN
DATE: 3-20-08

DISPOSITION:
ASK YOUR NEW COUNSELOR TO LOOK AT YOUR SCORE SHEET. I ONLY "ADD OR SUBTRACT POINTS IN ACCORDANCE WITH ESTABLISHED PROCEDURES.

page 4

4. CDC Reclassification Score Sheet during my ICC (Institutional Classification) Hearing with the Approval of WARDEN James WALKER, and the Committee Staff members, and who would allow/nor me the rest of the Committee to address my Mental Health Status in the Psych Doctor, Dr. Hillary violate the - law by January 23, 2008 ICC Form, and YOU Guys did request to be Refusing to put on the CDC 840 Form that I participate in the Fire Camp Transfered to San Quentin to receive adequate Mental Health treatment program, to earn credit Earning &

STATE OF CALIFORNIA
**CDC 840 (Rev. 12/02)**

DEPARTMENT OF CORRECTIONS
Original - Central File
Canary - OIS
Green - Inmate

## CDC RECLASSIFICATION SCORE SHEET

**4. DATE OF LAST SCORE SHEET**
MO 10 | DAY 26 | YR 06 | 18

**5. FORM IDENTIFICATION (ENTER X in a, b or c)**
a) NEW [X] 24 | b) CORRECTION [ ] 25

DATE CORRECTED
MO | DAY | YR | 26 — 32

### B. ANNUAL/ 6 MONTH REVIEW PERIOD DATES

1. REVIEW PERIOD BEGINNING DATE: MO 10 | DAY 01 | YR 06 | 33
3. (Enter X) Annual [X] 39

2. REVIEW PERIOD ENDING DATE: MO 9 | DAY 30 | YR 07
4. Number of Full Review Periods: 2 | 40

### C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

1. Continuous Minimum Custody — N/P x 4 = | 46
2. No Serious Disciplinary — 1 x 2 = 2 | 48
3. Average or Above Performance in Work, School or Vocational Program — 2 x 2 = 4 | 50
4. TOTAL FAVORABLE POINTS = -6

### D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

SERIOUS DISCIPLINARIES | Number of

1. Div. A-1/A-2
   Dates: _____ x 8 = | 52
2. Div. B, C & D
   Dates: 9-10-06, 9-26-07 x 6 = 12 | 54
3. Div. E & F
   Dates: _____ x 4 = | 56
4. Battery or Attempted Battery on a Non-Prisoner
   Dates: _____ x 8 = | 58
5. Battery or Attempted Battery on an Inmate
   Dates: _____ x 4 = | 60

### E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)

1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02. TOTAL CORRECTION = (+ OR -) | 70

### F. COMPUTATION OF SCORE

1. PRIOR PRELIMINARY SCORE (Preliminary Score from 839/New Preliminary Score from 840 or 841) = 109 | 73
2. Net Change in Score (D. 8 minus C. 4) = (+ or -) +6 | 76
3. PRELIMINARY SCORE SUBTOTAL (Not less than 0) = 115
4. Change in Term Points (T/P) (x 2) (+ or -) = Old T/P _____ + New T/P _____ | 79
5. NEW PRELIMINARY SCORE (Not less than 0) = 115 | 82

### G. PLACEMENT

**MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES**

| CODE | | SCORE | CODE | | SCORE |
|---|---|---|---|---|---|
| [A] | Condemned | 52 | [E] | Warrants "R" Suffix | 19 |
| [B] | Life Without Possibility of Parole | 52 | [F] | Violence Exclusion | 19 |
| [C] | CCR 3375.2(a)(7) Life Inmate | 28 | [G] | Public Interest Case | 19 |
| [D] | History of Escape | 19 | [H] | Other Life Sentence | 19 |

1. SCORE FACTOR CODE (Assess Only Highest Factor) F | 85
2. MANDATORY MINIMUM SCORE 19 | 86
3. PLACEMENT SCORE — ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER — 115 | 88

### H. SPECIAL CASE FACTORS

1. HOLDS, WANTS and DETAINERS (Enter A, P or *)
2. RESTRICTED CUSTODY SUFFIX

Ethnicity:

STATE OF CALIFORNIA
CDC-22 (8/87)
DEPARTMENT OF CORRECTION

## INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 5.29.08 | CCI (-C-6-) Guzman | Green | H-09191 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| C-6 | 126 | N/A | | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM | TO

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I am requesting reclassification of my score sheet & credit earning status. Not

I was diagnosed with TB's mental disability back in 1992 which makes me

eligible for score point reduction/credit earning which applies retroactive

See Title 15 3043.5 (b)(A) instead of CDCR recognizing my mental disability Now

INTERVIEWED BY: Guzman    DATE: approx 10/08

DISPOSITION:
At your annual Rev this will be looked at.
At this time you have 115pts so you are not
Elig for Level III anyway.

Guzman 10/2

H20101

Have been operating under an prohibited rule the code of silence in order to alter CDCR reclassification score sheets, as well as CDC 115's, I would hope you would reply back A.S.A.P.? please do not attempted to manipulate me to Believe 1. that you will review the Altered, unfounded points at my Annual review
2. that the unfounded, Altered Points 115 or Official

3. That the unfounded, Altered Points is the excuse your using to think I'm Interested into going to a level III, unlawfully using my Name to file a false, unfounded, Altered points score sheet, Do·Not Justify your crime Against me to Assume, I'm Attempting to Get to a level III prison.

pg. 10