IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL GREEN, | ) No. C 07-3929 TEH (PR) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| THOMAS J. ORLOFF, et al, | ) |
| Defendants. | ) |

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice.

SO ORDERED.

DATED: 09/03/08

_____
THELTON E. HENDERSON
United States District Judge